JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORK KHACHATRIAN,<br>Plaintiff,<br>v.<br>CITY OF GLENDALE, *et al.*,<br>Defendants. | Case No. 2:25-cv-01576-WLH-MAR<br>**FINAL JUDGMENT** |

On April 17, 2026, Defendants City of Glendale, Glendale Police Department, Officer Jose Gutierrez, Officer Vlad Akopian and Officer Artin Melik-Kasumyan submitted their Motion for Summary Judgment. (*See* Motion for Summary Judgment ("Mot."), Dkt. No. 26). The Court heard oral argument from the parties on May 29, 2026, and permitted the parties to file supplemental briefing on Plaintiff's negligence claim.

After considering the parties' briefing, arguments and submitted evidence, the Court granted Defendants' Motion for Summary Judgment on all claims. (*See* Order Granting Summary Judgment, Dkt. No. 34). Accordingly, the Court **ORDERS** judgment entered in favor of Defendants and against Plaintiff.

//

Defendants shall be entitled to their costs pursuant to a bill of costs.

**IT IS SO ORDERED.**

Dated: July 31, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE